UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIKA RODGER, individually,

    Plaintiff,

v.                                             Case No. 6:13-cv-1195-Orl-18TBS

QUICKEN LOANS INC., MML 5357
Any and all unknown parties claiming by
through and against the herein named
individual defendant who are not known to be
dead or alive, whether said unknown parties
may claim an interest as spouses, heirs,
devisees, grantees or other claimants, et al,

    Defendant.

## ORDER

Pending before the Court is Defendant Quicken Loan's Motion for Extension of Time for the Parties to Conduct a Case Management Conference (Doc. 23). The motion avers a lack of communication between counsel which prompted the Court to enter an Order directing the attorneys to file their written reports concerning efforts made to comply with the case management conference requirement in the Related Case Order and Track Two Notice. (Doc. 24). The reports were due within 14 days after the Court entered its Order. (Id.). Counsel for Quicken Loans responded immediately (Doc. 25), while counsel for Plaintiff did not respond.

The Court will infer from Plaintiff's failure to comply with the Order that Defendant's recitation of events is true, accurate and complete. Based upon Defendant's response, the Court finds that Plaintiff's lawyer has failed to respond promptly to inquiries and communications from opposing counsel. See Board of

Governors of the Florida Bar, Ideals and Goals of Professionalism, ¶ 6.10 and Creed of Professionalism ¶ 8 (adopted May 16, 1990), available at www.floridabar.org (Professional Practice - Henry Latimer Center for Professionalism).

Now, the motion for extension of time for the parties to conduct the case management conference is GRANTED. Counsel shall complete and file their case management report on or before November 21, 2013.

Counsel for Plaintiff shall show cause in writing within 14 days from the rendition of this Order why should not be held in contempt for failing to comply with the Court's Order (Doc. 24) and her duty to respond promptly to opposing counsel.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on November 8, 2013.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel